**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 17-1332**

———————

BILTMORE AVENUE CONDOMINIUM ASSOCIATION, INC.,

Plaintiff - Appellant,

v.

HANOVER AMERICAN INSURANCE COMPANY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:15-cv-00043-MR-DLH)

———————

Submitted: November 30, 2017                     Decided: December 20, 2017

———————

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

R. Steven DeGeorge, ROBINSON BRADSHAW & HINSON, P.A., Charlotte, North Carolina, for Appellant. Kevin M. O'Brien, Robert M. Kennedy, Jr., Anna Pulliam Cathcart, PHELPS DUNBAR, LLP, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Biltmore Avenue Condominium Association, Inc., appeals the district court's order granting summary judgment to Hanover American Insurance Company on Biltmore's claim pursuant to the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. 75-1.1 (2015). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Biltmore Ave. Condominium Ass'n v. Hanover Amer. Ins. Co.*, No. 1:15-cv-00043-MR-DLH (W.D.N.C. Mar. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*